UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CYNTHIA J. DEAU,

    Plaintiff,

v.

    File No. 2:11-cv-375

    HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On July 30, 2012, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that the decision of the Commissioner be affirmed. (Dkt. No. 13.)  No objection has been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the July 30, 2012, R&R (Dkt. No. 13) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is **AFFIRMED**.


Dated: August 29, 2012              /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                             UNITED STATES DISTRICT JUDGE